Same case below, 281 Neb. 238, 795 N.W.2d 271.

**No. 11-509. Robert L. Bushnell, Petitioner v. Bedford County, Tennessee.**

565 U.S. 1112, 132 S. Ct. 1016, 181 L. Ed. 2d 737, 2012 U.S. LEXIS 333.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 432 Fed. Appx. 472.

**No. 11-510. Deloitte & Touche LLP, et al., Petitioners v. RGH Liquidating Trust, et al.**

565 U.S. 1113, 132 S. Ct. 1016, 181 L. Ed. 2d 737, 2012 U.S. LEXIS 302.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 17 N.Y.3d 397, 931 N.Y.S.2d 22, 955 N.E.2d 329.

**No. 11-512. Robert Teaver, Petitioner v. Seatrax of Louisiana, Incorporated, et al.**

565 U.S. 1113, 132 S. Ct. 1017, 181 L. Ed. 2d 737, 2012 U.S. LEXIS 293.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 434 Fed. Appx. 307.

**No. 11-513. Stanley R. Tsuji, Petitioner v. Umeyo Ishimoto.**

565 U.S. 1113, 132 S. Ct. 1017, 181 L. Ed. 2d 737, 2012 U.S. LEXIS 146.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-515. Adel Al-Jurf, Petitioner v. Carol Scott-Conner, et al.**

565 U.S. 1113, 132 S. Ct. 1017, 181 L. Ed. 2d 737, 2012 U.S. LEXIS 228.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Iowa denied.

Same case below, 801 N.W.2d 33.

**No. 11-516. Chukwujindu Victor Mbakpuo, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1113, 132 S. Ct. 1017, 181 L. Ed. 2d 737, 2012 U.S. LEXIS 408,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 235.

**No. 11-518. Sarah Worrell, Petitioner v. Houston Can! Academy.**

565 U.S. 1113, 132 S. Ct. 1017, 181 L. Ed. 2d 737, 2012 U.S. LEXIS 349.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 330.